*R# 149636*

*Check no. 1010 -$213.53*
*"      "   1009-$349.77*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 JAN 11 AM 10:48
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

In re:   CHAPTER 7 CASE NO. 05-95655

TRACEY ATRICIA PAYTON   JUDGE ARTHUR I. HARRIS

Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

Revenue Group (Community Health Partners
& St. John West Shore Hosp.) (Claim #2)
PO Box 221278
Beachwood, OH 44122
Replaces Ck. No. 1006 dated 9/9/09 - Amount: $349.77

NCO Financial Systems, Inc. (Claim #3)
(Community Health Partners)
c/o Javitch Block & Rathbone
1100 Superior Ave., 19th Fl.
Cleveland, OH 44114
Replaces Ck. #1007 dated 9/9/09 - Amount: $213.53

2. Your Trustee's Check Nos. 1009 and 1010 for $349.77 and $213.53, respectively, payable to the Clerk of the U.S. Bankruptcy Court are attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

_____
WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)